Form a0nprfcl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Andrew Lawrence Hansen

       Debtor(s)

SSN/TAX ID:
    xxx–xx–2490

Case No.: 2:15–bk–56604

Chapter: 7

Judge: John E. Hoffman Jr.

---

### NOTICE OF FILING OF PROOF OF CLAIM

To: Ohio Department of Taxation

Pursuant to Bankruptcy Rule 3004, you are notified that the debtor(s) or Trustee filed a proof of claim on your behalf in the above referenced case.

The proof of claim is available for inspection in the Clerk's Office:

United States Bankruptcy Court
Southern District of Ohio
170 North High Street
Columbus, OH 43215–2414

This proof of claim is referred to as claim # 2

Dated: February 2, 2016

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court