# UNITED STATES BANKRUPTCY COURT
## SOUTHERN **DISTRICT OF** OHIO
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Andrew Lawrence Hansen | § | Case No. 15-56604 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/13/2015 .  The undersigned trustee was appointed on  10/13/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $      18,622.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 6.13 |
| Bank service fees | 107.32 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 18,508.55 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  08/02/2016  and the deadline for filing governmental claims was  04/10/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,612.20 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,612.20 , for a total compensation of $ 2,612.20 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 398.39 , for total expenses of $ 398.39 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2017                              By:/s/Frederick M. Luper
                                                            Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-56604 | JEH | Judge: | John E. Hoffman, Jr. | Trustee Name: | Frederick M. Luper |
| Case Name: | Andrew Lawrence Hansen | | | | Date Filed (f) or Converted (c): | 10/13/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/19/2015 |
| For Period Ending: | 03/06/2017 | | | | Claims Bar Date: | 08/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 2.  Cash Owned By Debtor Held By Daughter, Shelly Schibler | 12,000.00 | 10,775.00 | | 9,500.00 | FA |
| 3.  Fifth Third Bank, Checking | 2,200.00 | 1,770.00 | | 0.00 | FA |
| 4.  Kw Capital Partners, Landlord Rental Deposit | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 5.  Items Defined As Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6.  Miscellaneous Property, If Any, Not Listed Elsewhere. | 100.00 | 0.00 | | 0.00 | FA |
| 7.  Misc Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 8.  Clothing & Personal Effects | 500.00 | 0.00 | | 0.00 | FA |
| 9.  Misc Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance, Prudential Financial, No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 11. American Funds, Cb & T Cust Roth Ira | 4,959.17 | 0.00 | | 0.00 | FA |
| 12. Ira | 8,332.00 | 0.00 | | 0.00 | FA |
| 13. Venture53 Restaurants, Llc Dba Smashburger, Company Franchis | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 14. 2011 Bmw X3 281 Automobile, Chase Auto Finance, Retain | 14,124.00 | 9,122.00 | | 9,122.00 | FA |
| 15. 2012 Jeep Liberty, Ge Credit Union, Reaffirm | 11,248.00 | 1,294.00 | | 0.00 | FA |
| 16. Riding Law Mower, John Deere | 50.00 | 50.00 | | 0.00 | FA |
| 17. Hansen Investments 401k plan, a qualified retirement plan un (u) | 7.71 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $157,990.88          $125,311.00          $18,622.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

01/03/17: Note withdrawal of claim #12 filed by Department of Commerce Wage and Hour. Refer file to Terry for closing. (DECKER)
12/05/16: Resolved issue with Ohio Department of Taxation re: multiple vendor numbers as documented in attachments to Claim #11. (DECKER)
12/05/16:  Begin claims review; Detailed analysis of priority claim filed by Ohio Department of Taxation which appears to have made multiple assessments re: sales tax for the same tax periods; Call to Claimant re:same. (DECKER)
11/30/16:  Bar dates have passed and AO entered.  File to claims review.  TSoma
11/07/16:  Agreed Order on Motion to Compromise Estate's Interest in Money on Deposit entered;  File to Terry Soma for closing. (DECKER)
10/17/16  Received compromise sum of  $9500. (DECKER)
10/05/16:  Filed Motion to Compromise Estate's Interest in Money on Deposit with Daughter. (DECKER)
09/29/16:  Reached compromise with Attorney Gallutia. $9,500 payable in a lump sum immediately, subject to Court approval. Drafted Motion to Compromise. (DECKER)
09/14/16:  Communicating with Attorney Gallutia (substituted counsel) re: $12,000 deposited with daughter. (DECKER)
09/07/16:  Updated debtor's attorney per substitution of counsel.  TSoma
07/21/16:  Attempting to pursue Debtor's daughter for $12,000 deposited with her. (DECKER)
05/03/16:  Notice of Assets filed.  TSoma
03/25/16:  Funds received for vehicle.  Trustee reviewing bank account statements to determine what portion, if any, is unexempt property of the bankruptcy estate.  TSoma
03/09/16:  Order approving motion to sell entered.  TSoma
02/09/16:  Trustee filed motion to sell bankruptcy estate's interest in 2011 BMW BX3.  TSoma
01/15/16:  Email to counsel requesting bank statements for Fifth Third checking for the 90 days prior to and including the date of filing.  TSoma
12/10/15:  The Trustee will investigate the value of a motor vehicle for possible liquidation on behalf of the bankruptcy estate.  The Trustee will investigate the value and possible liquidation of excess cash held by Debtor's daughter. TSoma

RE PROP #        2    --    per AO re compromise motion entered 11/7/16 Doc #42

RE PROP #        17    --    per amended schedule C filed 11/19/15

Initial Projected Date of Final Report (TFR): 11/19/2016          Current Projected Date of Final Report (TFR): 03/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-56604
Case Name: Andrew Lawrence Hansen

Taxpayer ID No: XX-XXX4776
For Period Ending: 03/06/2017

Trustee Name: Frederick M. Luper
Bank Name: BOK Financial
Account Number/CD#: XXXXXX2096
Checking
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/16 | 14 | 722 Redemption Funding Inc | Purchase of motor vehicle | 1129-000 | $9,122.00 | | $9,122.00 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.83 | $9,111.17 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.06 | $9,098.11 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.48 | $9,084.63 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.03 | $9,071.60 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.44 | $9,058.16 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.42 | $9,044.74 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.97 | $9,031.77 |
| 10/18/16 | 2 | Andrew L. Hansen | Fraudulent Transfer | 1129-000 | $1,100.00 | | $10,131.77 |
| 10/18/16 | 2 | Andrew L. Hansen | Fraudulent Transfer | 1129-000 | $8,400.00 | | $18,531.77 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.09 | $18,514.68 |
| 11/28/16 | 1001 | Insurance Partners Agency Inc. 26865 Center Ridge Rd. Westlake, OH  44145 | 2016-2017 bond premium | 2300-000 | | $6.13 | $18,508.55 |

|  | | | COLUMN TOTALS | | $18,622.00 | $113.45 | |
|  | | | Less: Bank Transfers/CD's | | $0.00 | $0.00 | |
|  | | | Page Subtotals: | | $18,622.00 | $113.45 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Case 2:15-bk-56604   Doc 46   Filed 03/13/17   Entered 03/13/17 14:46:35   Desc Main
Document      Page 6 of 12

| | | |
|---|---|---|
| Subtotal | $18,622.00 | $113.45 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,622.00 | $113.45 |

Exhibit B

Page Subtotals:                    $0.00          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2096 - Checking | $18,622.00 | $113.45 | $18,508.55 |
| | $18,622.00 | $113.45 | $18,508.55 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,622.00 |
| Total Gross Receipts: | $18,622.00 |

Page Subtotals:                                    $0.00            $0.00

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 2:15-bk-56604

Debtor Name: Andrew Lawrence Hansen

Claims Bar Date: 8/2/2016

Date: March 6, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Frederick M. Luper<br>50 W BROAD ST #1200<br>COLUMBUS, OH  43215 | Administrative | | $0.00 | $2,612.20 | $2,612.20 |
| 100<br>2200 | Frederick M. Luper<br>50 W BROAD ST #1200<br>COLUMBUS, OH  43215 | Administrative | | $0.00 | $398.39 | $398.39 |
| 100<br>2300 | Insurance Partners Agency Inc.<br>26865 Center Ridge Rd.<br>Westlake, OH  44145 | Administrative | | $0.00 | $6.13 | $6.13 |
| 100<br>3110 | Luper Neidenthal & Logan<br>Counsel for Trustee | Administrative | | $0.00 | $864.50 | $864.50 |
| 11<br>280<br>5800 | Ohio Department Of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Oh 43216 | Priority | | $0.00 | $229,945.60 | $145,039.55 |
| 12<br>280<br>5800 | Ohio Dept. Of Commerce, Bureau<br>Of Wage & Hr Admin.<br>615 W. Superior Ave., 11Th Floor<br>Cleveland, Oh 44113 | Priority | Claim withdrawn 12/30/16 | $0.00 | $11,175.48 | $0.00 |
| 1<br>300<br>7100 | Nuc02<br>2800 Se Market Place<br>Stuart, Fl 34997 | Unsecured | | $0.00 | $865.56 | $865.56 |
| 4<br>300<br>7100 | Sysco Cincinnati Llc<br>Frank N White<br>171 17Th Street Nw Suite 2100<br>Atlanta Ga 30363 | Unsecured | | $0.00 | $28,356.20 | $28,356.20 |
| 5<br>300<br>7100 | Telhio Credit Union<br>96 N Fourth St<br>Columbus, Oh 43216 | Unsecured | | $0.00 | $38,250.49 | $38,250.49 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 2:15-bk-56604                                                                    Date: March 6, 2017
Debtor Name: Andrew Lawrence Hansen
Claims Bar Date: 8/2/2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Telhio Credit Union<br>96 N Fourth St<br>Columbus, Oh 43216 | Unsecured | | $0.00 | $25,126.21 | $25,126.21 |
| 7<br>300<br>7100 | Trg Maintenance<br>514 North State Street Suite B<br>Westerville, Oh 43082 | Unsecured | | $0.00 | $1,884.50 | $1,884.50 |
| 8<br>300<br>7100 | Capital One Bank Usa Na<br>Po Box 71083<br>Charlotte Nc 282721083 | Unsecured | | $0.00 | $9,195.04 | $9,195.04 |
| 9<br>300<br>7100 | American Express Bank Fsb<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $0.00 | $34,719.44 | $34,719.44 |
| 10<br>300<br>7100 | Etter Home Improvement<br>C/O Michael Etter<br>6027 Todhunter Road<br>Middletown, Oh 45044 | Unsecured | | $0.00 | $454,807.00 | $454,807.00 |
| 11<br>300<br>7100 | Ohio Department Of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Oh 43216 | Unsecured | | $0.00 | $229,945.60 | $84,906.05 |
| 3<br>400<br>4110 | American Honda Finance<br>Corporation<br>National Bankruptcy Center<br>Po Box 168088<br>Irving, Tx 75016-8088 | Secured | | $0.00 | $629.27 | $629.27 |
| | Case Totals | | | $0.00 | $1,068,781.61 | $827,660.53 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-56604
Case Name: Andrew Lawrence Hansen
Trustee Name: Frederick M. Luper

|  | Balance on hand | $ | 18,508.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | American Honda Finance Corporation | $ 629.27 | $ 629.27 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ | 0.00 |
|---|---|---|
| Remaining Balance | $ | 18,508.55 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frederick M. Luper | $ 2,612.20 | $ 0.00 | $ 2,612.20 |
| Trustee Expenses: Frederick M. Luper | $ 398.39 | $ 0.00 | $ 398.39 |
| Attorney for Trustee Fees: Luper Neidenthal & Logan | $ 864.50 | $ 0.00 | $ 864.50 |
| Other: Insurance Partners Agency Inc. | $ 6.13 | $ 6.13 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ | 3,875.09 |
|---|---|---|
| Remaining Balance | $ | 14,633.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 145,039.55  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Ohio Department Of Taxation | $      145,039.55 | $         0.00 | $      14,633.46 |
| | Total to be paid to priority creditors | | $      14,633.46 | |
| | Remaining Balance | | $         0.00 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 678,110.49  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nuc02 | $         865.56 | $         0.00 | $         0.00 |
| 4 | Sysco Cincinnati Llc | $      28,356.20 | $         0.00 | $         0.00 |
| 5 | Telhio Credit Union | $      38,250.49 | $         0.00 | $         0.00 |
| 6 | Telhio Credit Union | $      25,126.21 | $         0.00 | $         0.00 |
| 7 | Trg Maintenance | $       1,884.50 | $         0.00 | $         0.00 |
| 8 | Capital One Bank Usa Na | $       9,195.04 | $         0.00 | $         0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | American Express Bank Fsb | $ 34,719.44 | $ 0.00 | $ 0.00 |
| 10 | Etter Home Improvement | $ 454,807.00 | $ 0.00 | $ 0.00 |
| 11 | Ohio Department Of Taxation | $ 84,906.05 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE