# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Andrew Lawrence Hansen | § | Case No. 15-56604 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frederick M. Luper, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 115,368.00                     Assets Exempt: 21,398.88
*(Without deducting any secured claims)*

Total Distributions to Claimants:  14,633.46      Claims Discharged
                                                  Without Payment:  1,016,496.24

Total Expenses of Administration:  3,988.54

---

3) Total gross receipts of $ 18,622.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,622.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 13,479.00 | $ 629.27 | $ 629.27 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,988.54 | 3,988.54 | 3,988.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 42,000.00 | 283,121.08 | 145,039.55 | 14,633.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,136,403.66 | 823,150.04 | 678,110.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,191,882.66 | $ 1,110,888.93 | $ 827,767.85 | $ 18,622.00 |

4) This case was originally filed under chapter 7 on 10/13/2015 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2017           By:/s/Frederick M. Luper
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Bmw X3 281 Automobile, Chase Auto Finance, Retain | 1129-000 | 9,122.00 |
| Cash Owned By Debtor Held By Daughter, Shelly Schibler | 1129-000 | 9,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,622.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance P.O. Box 901076 Fort Worth, TX 76101 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Chase Auto PO Box 901003 Ft Worth, TX 76101 | | 1,327.00 | NA | NA | 0.00 |
| | Creditor #: 2 General Electric Credit Union 10485 Reading Rd Cincinnati, OH 45241 | | 9,954.00 | NA | NA | 0.00 |
| 3 | American Honda Finance Corporation | 4110-000 | 2,198.00 | 629.27 | 629.27 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 13,479.00 | $ 629.27 | $ 629.27 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frederick M. Luper | 2100-000 | NA | 2,612.20 | 2,612.20 | 2,612.20 |
| Frederick M. Luper | 2200-000 | NA | 398.39 | 398.39 | 398.39 |
| Insurance Partners Agency Inc. | 2300-000 | NA | 6.13 | 6.13 | 6.13 |
| Bank of Kansas City | 2600-000 | NA | 107.32 | 107.32 | 107.32 |
| Luper Neidenthal & Logan | 3110-000 | NA | 864.50 | 864.50 | 864.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 3,988.54 | $ 3,988.54 | $ 3,988.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ohio Attorney General - Rev Rec Attn: Bankruptcy Staff 101 East Town Street Columbus, OH 43215-5148 | | 0.00 | NA | NA | 0.00 |
|  | Ohio Attorney General 150 East Gay Street Columbus, OH 43215 | | 0.00 | NA | NA | 0.00 |
|  | Ohio Department of Taxation 30 East Broad Street Columbus, OH 43215-3414 | | 0.00 | NA | NA | 0.00 |
| 11 | Ohio Department Of Taxation | 5800-000 | NA | 229,945.60 | 145,039.55 | 14,633.46 |
| 2 | Ohio Department of Taxation | 5800-000 | 42,000.00 | 42,000.00 | 0.00 | 0.00 |
| 12 | Ohio Dept. Of Commerce, Bureau Of Wage & Hr Admin. | 5800-000 | NA | 11,175.48 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 42,000.00 | $ 283,121.08 | $ 145,039.55 | $ 14,633.46 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express PO Box 360002 Ft. Lauderdale, FL 33336-0002 | | 0.00 | NA | NA | 0.00 |
| | American Express PO Box 65044 Dallas, TX 75265 | | 0.00 | NA | NA | 0.00 |
| | Capital One P.O. Box 6492 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Complete Payment Recovery Services, Inc. 3500 5th Street Northport, AL 35376 | | 0.00 | NA | NA | 0.00 |
| | Creditor #: 1 American Electric Power PO Box 24401 Canton, OH 44701 | | 5,102.00 | NA | NA | 0.00 |
| | Creditor #: 10 Cbna PO Box 6189 Sioux Falls, SD 57117 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 11 Cbna PO Box 6497 Sioux Falls, SD 57117 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 12 Chase - Pier 1 PO Box 15298 Wilmington, DE 19850 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 13 Chase/Circuitcity PO Box 15298 Wilmington, DE 19850 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 14 Citi PO Box 6497 Sioux Falls, SD 57117 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 15 City of Westerville Utilities 64 East Walnut Street Westerville, OH 43081 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 16 City of Westerville Utilities 64 East Walnut Street Westerville, OH 43081 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 17 Clarus Partners 1233 Dublin Road Columbus, OH 43215 | | 7,800.00 | NA | NA | 0.00 |
| | Creditor #: 18 Colonial Savings & Loa 2600 West Fwy Fort Worth, TX 76102 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 19 Columbia Gas of Ohio P.O. Box 742510 Cincinnati, OH 45274 | | 304.00 | NA | NA | 0.00 |
| | Creditor #: 2 American Electric Power PO Box 24401 Canton, OH 44701 | | 3,758.00 | NA | NA | 0.00 |
| | Creditor #: 20 Columbia Gas of Ohio PO Box 742510 Cincinnati, OH 45274 | | 195.00 | NA | NA | 0.00 |
| | Creditor #: 21 Columbia Gas of Ohio PO Box 742510 Cincinnati, OH 45274 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 22 Concept Services 12521 Amherst Drive Austin, TX 78727 | | 2,106.00 | NA | NA | 0.00 |
| | Creditor #: 23 Corporate Services Consultants, LLC 1015 North Gary Street Dandridge, TN 37725 | | 960.00 | NA | NA | 0.00 |
| | Creditor #: 24 Darling International Inc. P.O. Box 671401 Dallas, TX 75267 | | 5,824.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 25 Del-Co Water Company, Inc. 6773 Olentangy River Road Delaware, OH 43015 | | 214.00 | NA | NA | 0.00 |
| | Creditor #: 26 Ecolab P.O. Box 32027 New York, NY 10087-2027 | | 550.00 | NA | NA | 0.00 |
| | Creditor #: 28 Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 29 Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 30 Fifth Third Bank 5050 Kingsley Dr Cincinnati, OH 45227 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 31 Fix P.O. Box 856 Grove City, OH 43123 | | 40.00 | NA | NA | 0.00 |
| | Creditor #: 32 Fix P.O. Box 856 Grove City, OH 43123 | | 40.00 | NA | NA | 0.00 |
| | Creditor #: 33 Fog Recycling 1751 Hiner Road Orient, OH 43146 | | 1,320.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 34 Frountier Communications P.O. Box 20550 Rochester, NY 14602 | | 240.00 | NA | NA | 0.00 |
| | Creditor #: 35 Gecrb/Shaw 950 Forrer Blvd Kettering, OH 45420 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 36 Image Solutions 19819 Hamilton Ave. Torrance, CA 90502 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 37 Intertech Design Services, Inc. 9675 Montgomery Road Cincinnati, OH 45242 | | 292.00 | NA | NA | 0.00 |
| | Creditor #: 38 Irvin Public Relations 61 Jefferson Ave. Columbus, OH 43215 | | 7,000.00 | NA | NA | 0.00 |
| | Creditor #: 39 KW Capital Partners 100 East Wilson Bridge Road Columbus, OH 43085 | | 25,300.00 | NA | NA | 0.00 |
| | Creditor #: 4 Amex PO Box 297871 Fort Lauderdale, FL 33329 | | 35,072.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 40 Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 41 Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 42 Nathan Gordon Attorney 2485 East Broad Street Columbus, OH 43209 | | 1,200.00 | NA | NA | 0.00 |
| | Creditor #: 43 NCR Corporation P.O. Box 198755 Atlanta, GA 30384 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 44 New ERA Lending, LLC North Orange Street, Suite 762 Wilmington, DE 19801 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 46 Orchard Acres Propertties, LLC. P.O. Box 1368 Fairfield, IA 52556 | | 17,072.00 | NA | NA | 0.00 |
| | Creditor #: 47 Paycor 4811 Montgomery Road Cincinnati, OH 45212 | | 4,500.00 | NA | NA | 0.00 |
| | Creditor #: 48 Retail Technology Group 1663 Fenton Business Park Court Fenton, MO 63026 | | 1,930.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 49 Retail Technology Group 1663 Fenton Business Park Court Fenton, MO 63026 | | 1,768.00 | NA | NA | 0.00 |
| | Creditor #: 5 Axis Promotions 175 Bellaire Street Denver, CO 80220 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 50 Sentru Marketing Group 13463 Torrington Drive Frisco, TX 75035 | | 684.00 | NA | NA | 0.00 |
| | Creditor #: 51 Slm Financial Corp 11100 Usa Pkwy Fishers, IN 46037 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 52 Smashburger 3900 East Mexico Ave, Suite 1200 Denver, CO 80210 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 53 Spectrum Utilities P.O. Box 158 Baltimore, OH 43105 | | 777.00 | NA | NA | 0.00 |
| | Creditor #: 54 Sysco 10510 Evendale Dr. Cincinnati, OH 45241 | | 11,342.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 55 Sysco 10510 Evendale Dr. Cincinnati, OH 45241 | | 23,119.00 | NA | NA | 0.00 |
| | Creditor #: 58 The Gilbert Group 203 East Broad Street Columbus, OH 43215 | | 15,238.00 | NA | NA | 0.00 |
| | Creditor #: 59 The Hadler Company 200 West Henderson Rd. Columbus, OH 43220 | | 13,277.66 | NA | NA | 0.00 |
| | Creditor #: 6 Berkley Insurance 4820 Lake Brook Dr., Suite 300 Glen Allen, VA 23060 | | 2,800.00 | NA | NA | 0.00 |
| | Creditor #: 60 Time Warner Cable P.O. Box 223085 Pittsburgh, PA 15251 | | 394.00 | NA | NA | 0.00 |
| | Creditor #: 61 Time Warner Cable P.O. Box 916 Carol Stream, IL 60132 | | 848.00 | NA | NA | 0.00 |
| | Creditor #: 62 Toyota Motor Credit 4501 Erskine Rd Ste 150 Cincinnati, OH 45242 | | 1.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 64 VW Credit Inc 1401 Franklin Blvd Libertyville, IL 60048 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 65 Wand Corporation 7593 Corporate Way Eden Prairie, MN 55344 | | 606.00 | NA | NA | 0.00 |
| | Creditor #: 66 Wasserstrom 477 South Front Street Columbus, OH 43215 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 67 Weston Hurd LLP c/o Attorney David Patterson 10 West Broad Street, Suite 2400 Columbus, OH 43215 | | 5,000.00 | NA | NA | 0.00 |
| | Creditor #: 7 BMW Financial Services 5515 Parkcenter Cir Dublin, OH 43017 | | 1.00 | NA | NA | 0.00 |
| | Creditor #: 9 Cbna P.O. Box 6497 Sioux Falls, SD 57117 | | 1.00 | NA | NA | 0.00 |
| | Dinsmore & Shohl LLP 191 West Nationwide Blvd, Suite 300 Columbus, OH 43215 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jessica L. Branner Esq. BRICKER & ECKLER LLP 100 S THIRD ST Columbus, OH 43215 | | 0.00 | NA | NA | 0.00 |
| 9 | American Express Bank Fsb | 7100-000 | 0.00 | 34,719.44 | 34,719.44 | 0.00 |
| 8 | Capital One Bank Usa Na | 7100-000 | 9,195.00 | 9,195.04 | 9,195.04 | 0.00 |
| 10 | Etter Home Improvement | 7100-000 | 454,807.00 | 454,807.00 | 454,807.00 | 0.00 |
| 1 | Nuc02 | 7100-000 | 865.00 | 865.56 | 865.56 | 0.00 |
| 11 | Ohio Department Of Taxation | 7100-000 | NA | 229,945.60 | 84,906.05 | 0.00 |
| 4 | Sysco Cincinnati Llc | 7100-000 | 15,103.00 | 28,356.20 | 28,356.20 | 0.00 |
| 5 | Telhio Credit Union | 7100-000 | 452,570.00 | 38,250.49 | 38,250.49 | 0.00 |
| 6 | Telhio Credit Union | 7100-000 | NA | 25,126.21 | 25,126.21 | 0.00 |
| 7 | Trg Maintenance | 7100-000 | 7,165.00 | 1,884.50 | 1,884.50 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,136,403.66 | $ 823,150.04 | $ 678,110.49 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-56604 | JEH | Judge: | John E. Hoffman, Jr. | Trustee Name: | Frederick M. Luper |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Andrew Lawrence Hansen | | | | Date Filed (f) or Converted (c): | 10/13/2015 (f) |
| | | | | | 341(a) Meeting Date: | 11/19/2015 |
| For Period Ending: | 07/31/2017 | | | | Claims Bar Date: | 08/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash On Hand | 20.00 | 0.00 | | 0.00 | FA |
| 2.  Cash Owned By Debtor Held By Daughter, Shelly Schibler | 12,000.00 | 10,775.00 | | 9,500.00 | FA |
| 3.  Fifth Third Bank, Checking | 2,200.00 | 1,770.00 | | 0.00 | FA |
| 4.  Kw Capital Partners, Landlord Rental Deposit | 2,300.00 | 2,300.00 | | 0.00 | FA |
| 5.  Items Defined As Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 6.  Miscellaneous Property, If Any, Not Listed Elsewhere. | 100.00 | 0.00 | | 0.00 | FA |
| 7.  Misc Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 8.  Clothing & Personal Effects | 500.00 | 0.00 | | 0.00 | FA |
| 9.  Misc Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance, Prudential Financial, No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 11. American Funds, Cb & T Cust Roth Ira | 4,959.17 | 0.00 | | 0.00 | FA |
| 12. Ira | 8,332.00 | 0.00 | | 0.00 | FA |
| 13. Venture53 Restaurants, Llc Dba Smashburger, Company Franchis | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 14. 2011 Bmw X3 281 Automobile, Chase Auto Finance, Retain | 14,124.00 | 9,122.00 | | 9,122.00 | FA |
| 15. 2012 Jeep Liberty, Ge Credit Union, Reaffirm | 11,248.00 | 1,294.00 | | 0.00 | FA |
| 16. Riding Law Mower, John Deere | 50.00 | 50.00 | | 0.00 | FA |
| 17. Hansen Investments 401k plan, a qualified retirement plan un (u) | 7.71 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $157,990.88 | $125,311.00 | | $18,622.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010)   *(Page: 16)*

05/01/17: Order for payment of Fees and Expenses entered. Final distribution checks issued. Waiting for zero bank statement in order to prepare Final Account. TSoma
04/18/17: Submitted order for allowance of fees. TSoma
03/14/17: Final Report accepted and filed by the United States Trustee. Notice of Final Report filed. Waiting for objection period to pass in order to upload Order for Payment of Fees. TSoma
03/08/17: Filed application for allowance of fees. Submitted TFR to UST for review and approval. TSoma
01/03/17: Note withdrawal of claim #12 filed by Department of Commerce Wage and Hour; Refer file to Terry for closing. (DECKER)
12/05/16: Resolved issue with Ohio Department of Taxation re: multiple vendor numbers as documented in attachments to Claim #11. (DECKER)
12/05/16: Begin claims review; Detailed analysis of priority claim filed by Ohio Department of Taxation which appears to have made multiple assessments re: sales tax for the same tax periods; Call to Claimant re:same. (DECKER)
11/30/16: Bar dates have passed and AO entered. File to claims review. TSoma
11/07/16: Agreed Order on Motion to Compromise Estate's Interest in Money on Deposit entered;  File to Terry Soma for closing. (DECKER)
10/17/16  Received compromise sum of  $9500. (DECKER)
10/05/16:  Filed Motion to Compromise Estate's Interest in Money on Deposit with Daughter. (DECKER)
09/29/16:  Reached compromise with Attorney Gallutia. $9,500 payable in a lump sum immediately, subject to Court approval. Drafted Motion to Compromise. (DECKER)
09/14/16:  Communicating with Attorney Gallutia (substituted counsel) re: $12,000 deposited with daughter. (DECKER)
09/07/16:  Updated debtor's attorney per substitution of counsel.  TSoma
07/21/16:  Attempting to pursue Debtor's daughter for $12,000 deposited with her. (DECKER)
05/03/16:  Notice of Assets filed.  TSoma
03/25/16:  Funds received for vehicle.  Trustee reviewing bank account statements to determine what portion, if any, is unexempt property of the bankruptcy estate.  TSoma
03/09/16:  Order approving motion to sell entered.  TSoma
02/09/16:  Trustee filed motion to sell bankruptcy estate's interest in 2011 BMW BX3.  TSoma
01/15/16:  Email to counsel requesting bank statements for Fifth Third checking for the 90 days prior to and including the date of filing.  TSoma
12/10/15:  The Trustee will investigate the value of a motor vehicle for possible liquidation on behalf of the bankruptcy estate.  The Trustee will investigate the value and possible liquidation of excess cash held by Debtor's daughter. TSoma


RE PROP #         2    --    per AO re compromise motion entered 11/7/16 Doc #42

RE PROP #        17   --    per amended schedule C filed 11/19/15

Initial Projected Date of Final Report (TFR): 11/19/2016           Current Projected Date of Final Report (TFR): 03/08/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-56604 | Trustee Name: Frederick M. Luper |
| Case Name: Andrew Lawrence Hansen | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX2096 |
| | Checking |
| Taxpayer ID No: XX-XXX4776 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 07/31/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/16 | 14 | 722 Redemption Funding Inc | Purchase of motor vehicle | 1129-000 | $9,122.00 | | $9,122.00 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.83 | $9,111.17 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.06 | $9,098.11 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.48 | $9,084.63 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.03 | $9,071.60 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.44 | $9,058.16 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.42 | $9,044.74 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.97 | $9,031.77 |
| 10/18/16 | 2 | Andrew L. Hansen | Fraudulent Transfer | 1129-000 | $1,100.00 | | $10,131.77 |
| 10/18/16 | 2 | Andrew L. Hansen | Fraudulent Transfer | 1129-000 | $8,400.00 | | $18,531.77 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.09 | $18,514.68 |
| 11/28/16 | 1001 | Insurance Partners Agency Inc. 26865 Center Ridge Rd. Westlake, OH 44145 | 2016-2017 bond premium | 2300-000 | | $6.13 | $18,508.55 |
| 05/01/17 | 1002 | Frederick M. Luper 50 W BROAD ST #1200 COLUMBUS, OH 43215 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,612.20 | $15,896.35 |
| | | | Page Subtotals: | | $18,622.00 | $2,725.65 | |

UST Form 101-7-TDR (10/1/2010) (Page: 18)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 15-56604  
Case Name: Andrew Lawrence Hansen  
Taxpayer ID No: XX-XXX4776  
For Period Ending: 07/31/2017  

Trustee Name: Frederick M. Luper  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX2096  
Checking  
Blanket Bond (per case limit): $2,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/17 | 1003 | Frederick M. Luper<br>50 W BROAD ST #1200<br>COLUMBUS, OH 43215 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $398.39 | $15,497.96 |
| 05/01/17 | 1004 | Luper Neidenthal & Logan<br>Counsel for Trustee | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $864.50 | $14,633.46 |
| 05/01/17 | 1005 | Ohio Department Of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, Oh 43216 | Final distribution to claim 11 representing a payment of 10.09 % per court order. | 5800-000 | | $14,633.46 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $18,622.00 | $18,622.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,622.00 | $18,622.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,622.00 | $18,622.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*   Page Subtotals:   $0.00   $15,896.35

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2096 - Checking | $18,622.00 | $18,622.00 | $0.00 |
|  | $18,622.00 | $18,622.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,622.00 |
| Total Gross Receipts: | $18,622.00 |

Page Subtotals: $0.00    $0.00